HENRY RODEE et al., Plaintiffs, *v.* THE CITY OF OGDENS-BURG, Respondent and Appellant.

FRANK CHAPMAN et al., as Referees, et al., Appellants, Respondents.

*Rodee* v. *City of Ogdensburg,* 165 App. Div. 651, appeal dismissed. (Argued April 10, 1916; decided April 18, 1916.)

MOTION by the city of Ogdensburg to dismiss the appeal of the appellants, Chapman and others, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 15, 1915, which modified and affirmed as modified an order of Special Term

denying a motion for an order to compel the repair or rebuilding of certain bridges.

The motion was made upon the grounds that the appeal is not from a final judgment nor from a final order in a special proceeding; that permission to appeal had not been obtained and that the Court of Appeals had no jurisdiction to entertain the appeal.

*Daniel W. Mulligan* for motion.

*Dennis B. Lucey* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.